United States District Court
Southern District of Texas
**ENTERED**
May 13, 2020
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **PHILIMAN DAY,** § | |
| § | |
| Plaintiff, § | |
| VS. § | **CIVIL ACTION NO. 4:20-CV-01105** |
| § | |
| **WELLS FARGO BANK, N.A.,** § | |
| § | |
| Defendant. § | |

## FINAL JUDGMENT

Plaintiff Philiman Day initially brought this action in state court seeking to preclude foreclosure of the property located at 5519 Tiger Lilly Way, Houston, Texas 77085. Defendant Wells Fargo Bank, N.A. removed the action to this Court. (Doc. No. 1). Defendant then filed a Motion to Dismiss. (Doc. No. 4). On May 13, 2020, the Court held a hearing on the Motion to Dismiss, granted the motion, and dismissed Plaintiff's claims with prejudice.

Pursuant to Federal Rule of Civil Procedure 58(a), and for the reasons set forth on the record at the May 13th hearing, final judgment is hereby ENTERED for Wells Fargo Bank, N.A.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 13th day of May, 2020.

_____
HON. KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE